No. 1452.   Off & Co. v. Givens.   This was an application made by Charles J. Off & Co., at the February term, 1885, of the Knox Circuit Court, to amend and correct the record of a judgment of said court rendered at the October term, 1883, so that said record should show and record a judgment in their favor of $153.29 against D. F. Givens, instead of a judgment in their favor for that amount against W. D. Lomax.   Even if this court could properly review the action of the circuit court in the absence of a bill of exceptions incorporating the evidence, and pass upon the matter at issue from the record that is before it, the court would feel compelled to say that it does not appear definitely and with reasonable certainty that Givens was a party to the trial; that the jury returned a verdict against him, and that as a matter of fact the judgment rendered by the court was against him.   The court would not, upon that record, feel authorized to direct that he should be substituted in place of Lomax, as the party against whom the judgment was in fact entered.   The order of the court overruling the motion to amend is affirmed.   Opinion by BAKER, J.   Judge below, A. A. SMITH.   Attorneys, for appellant, Mr. FREDERICK A. WILLOUGHBY; for appellee, Messrs. WILLIAMS, LAWRENCE & BANCROFT.   Opinion filed June 8, 1886.